**Fill in this information to identify your case:**

Debtor 1: Marianne Mehalshick

Debtor 2 (Spouse if, filing): 

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

Case number (if known): 18-13758

☐ Check if this is an amended filing

Official Form 106Dec                                                                                              12/15
# Declaration About an Individual Debtor's Schedules

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Marianne Mehalshick
Marianne Mehalshick
Signature of Debtor 1

Date June 20, 2018

X *Marianne Mehalshick* (signature)
Signature of Debtor 2

Date June 20, 2018