## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Marianne Mehalshick | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| HOUSING OPPORTUNITY PARTNERS REO, LLC: | | NO. 18-13758 REF |
| Movant | : | |
| vs. | : | |
| | : | |
| Marianne Mehalshick | : | |
| Debtor | : | 11 U.S.C. Section 362 |
| Frederick L. Reigle, Esq. | : | |
| Trustee | : | |

### ANSWER TO MOTION FOR RELIEF FROM STAY

And now comes the Debtor, Marianne Mehalshick, by and through her undersigned counsel, and hereby answers the Motion for Relief from Stay as follows:

1-3.    Admitted.

4.    Denied. Paragraph 4 is denied as legal conclusion to which no response is needed.

5-12.    Admitted.

13-17.    Denied. Paragraphs 13 through 17 are denied as legal conclusions to which no response is needed.

WHEREFORE, Debtor prays that this Motion for Relief from Stay be denied.

Respectfully Submitted,

Ronald V. Santora, Esquire    ID # 35061
Bresset & Santora, LLC
1188 Wyoming Avenue
Forty-Fort, PA 18704
Phone (570) 287-3660
Fax (570) 287-3666