## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Marianne Mehalshick | : | CHAPTER 13 |
| Debtor | : | |
| HOUSING OPPORTUNITY PARTNERS REO, LLC | : | NO. 18-13758 REF |
| Movant | : | |
| vs. | : | |
| Marianne Mehalshick | : | |
| Debtor | : | 11 U.S.C. Section 362 |
| Frederick L. Reigle, Esq. | : | |
| Trustee | : | |

### ORDER

AND NOW THIS _____ day of _____, 2018, upon Motion of the Debtor, it is hereby:

ORDERED and DECREED that the Motion for Relief from Stay Hearing currently scheduled for August 16, 2018, is hereby continued for a period of at least fifteen (15 days).

IT IS FURTHER ORDERED and DECREED that the Hearing is hereby rescheduled to the _____ day of _____, 2018 at _____ O'clock ____.M.

BY THE COURT:

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Marianne Mehalshick | : | CHAPTER 13 |
| Debtor | : | |
| HOUSING OPPORTUNITY PARTNERS REO, LLC | : | NO. 18-13758 REF |
| Movant | : | |
| vs. | : | |
| Marianne Mehalshick | : | |
| Debtor | : | 11 U.S.C. Section 362 |
| Frederick L. Reigle, Esq. | : | |
| Trustee | : | |

## MOTION FOR CONTINUANCE

And now comes the Debtor, Marianne Mehalshick, by and through her undersigned counsel, and hereby respectfully moves this Court as follows:

1. There is currently scheduled before this Court, Movant's Motion for Relief from Stay and Debtor's response thereto, scheduled for August 16, 2018, at 9:30 AM.

2. Counsel just spoke with the Debtor via telephone about the Relief from Stay hearing. During that conversation the Debtor has raised to counsel allegations of fraud and alleged illegal conduct by the lender and/or its prior counsel which, if proven, may substantially affect the underlying State Court Judgment.

3. Counsel has not had the opportunity to review the allegations, but they are of such nature that Counsel has an ethical duty to review the same.

4. Counsel has sought the concurrence of Counsel for the Movant, but the Movant does not concur with the request.

WHEREFORE, Counsel respectfully requests for an Order continuing the hearing on Relief for a period of at least 15 days, and for such other relief as is just and equitable.

Respectfully Submitted,

Stephen G. Bresset, Esquire

Ronald V. Santora, Esquire

Bresset & Santora, LLC
1188 Wyoming Avenue
Forty-Fort, PA 18704
Phone (570) 287-3660
Fax (570) 287-3666