IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marianne Mehalshick<br>　　　　　　Debtor(s) | CHAPTER 13 |
| HOUSING OPPORTUNITY PARTNERS REO, LLC<br>　　　　　　Movant<br>vs.<br>Marianne Mehalshick<br>　　　　　　Debtor(s) | NO. 18-13758 REF |
| Frederick L. Reigle Esq.<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this **16** day of **August** *Reading*, 2018 at ~~Philadelphia~~, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow HOUSING OPPORTUNITY PARTNERS REO, LLC and its successor in title to proceed with the ejectment action regarding the premises 234 James Avenue a/k/a RD 1 Lot #5 Jamond Estates Northampton, PA 18067. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants for a period of ~~one hundred eighty (180) days~~ **One year** hereof will not prevent the Moving Party from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Marianne Mehalshick
234 James Avenue
Northampton, PA 18067

Stephen G. Bressett, Esquire
606 Church Street, (VIA ECF)
Honesdale, PA 18431

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532