*LOCAL BANKRUPTCY RULES*

## LOCAL BANKRUPTCY FORM 9014-3

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                    :    Chapter:
                          :
                          :
Debtor                    :    Bankruptcy No.

\* \* \* \* \* \*

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

_Marianne Mehalshick_ filed _reconsideration_ with the court for _(Section 362 Automatic Stay)_

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before _Sept 13, 2018_ you or your attorney must do all of the following:

    (a) file an answer explaining your position at
    _clerks office_
    ( ~~Suite 300~~ )
    ( ~~400 Washington St~~ )
    _Reading Pa 19601_

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    [Attorney's name] _Pro se_ _Marianne Mehalshick_
    [Firm name] _734 James Ave_
    [Address] _Northampton Pa 18067_
    [Phone No.] _610- 390-4420_
    [Fax No.] ..................................

*FILED 2018 AUG 30 PM 3:48 U.S. BANKRUPTCY COURT*

96

*UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

*LOCAL BANKRUPTCY RULES*

[If applicable, name and address of others to be served.]

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable *Judge Richard Fehling* on *Sept 27 2018* at *9:30* in Courtroom *1*, United States Bankruptcy Court, (*400 Washington St, Reading PA 19601*) Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: *Aug 30, 2018*