**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : Marianne Mehalshick<br>Debtor(s) | CHAPTER 13<br>CASE NO. 18-13758 REF |

I, Rebecca A. Solarz, attorney for HOUSING OPPORTUNITY PARTNERS REO, LLC do hereby certify that true and correct copies of the foregoing Response has been served on the below, by first class mail, postage prepaid upon those listed below:

Debtor(s)
Marianne Mehalshick
234 James Avenue
Northampton, PA 18067

Attorney for Debtor(s)
Stephen G. Bressett, Esquire
606 Church Street, (VIA ECF)
Honesdale, PA 18431

Trustee
WILLIAM MILLER*R
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Occupants of Premises
234 James Avenue
Northampton, PA 18067

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**/s/ Rebecca A. Solarz, Esquire**

Rebecca A. Solarz, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant

Date: September 12, 2018