IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marianne Mehalshick<br>Debtor(s) | CHAPTER 13 |
| HOUSING OPPORTUNITY PARTNERS REO, LLC<br>Respondent<br>vs.<br>Marianne Mehalshick<br>Debtor(s) | NO. 18-13758 REF |
| Frederick L. Reigle Esq.<br>Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 27 day of September, 2018, upon review of Debtor's Motion for Reconsideration as to the Stay Relief Order Granted August 16, 2018, and HOUSING OPPORTUNITY PARTNERS REO, LLC's Response hereto, it is ORDERED AND DECREED that:

Debtor's Motion for Reconsideration is hereby **DENIED**; ~~and it is further ORDERED AND DECREED that The Stay Relief Order from August 16, 2018 remains in effect as to the ejectment action regarding the premises 234 James Avenue a/k/a RD 1 Lot #5 Jamond Estates, Northampton, PA 18067. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants will not prevent the Moving Party from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.~~

This Order is considered a final disposition of the Motion for Relief originally filed by HOUSING OPPORTUNITY PARTNERS REO, LLC.

_____
United States Bankruptcy Judge.