United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 18-13758-ref
Marianne Mehalshick                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR          Page 1 of 1               Date Rcvd: Sep 27, 2018
                        Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db             +Marianne Mehalshick,    234 James Avenue,    Northampton, PA 18067-9752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Housing Opportunity Partners REO, LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Housing Opportunity Partners REO, LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Green River Capital, as servicer
               bkgroup@kmllawgroup.com
              STEPHEN G. BRESSET    on behalf of Debtor Marianne  Mehalshick sbresset@bressetsantora.com,
               rehml@entermail.net;nicole@bressetsantora.com,sadie@bressetsantora.com,ronsantoraesq@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marianne Mehalshick<br>            Debtor(s) | CHAPTER 13 |
| HOUSING OPPORTUNITY PARTNERS REO, LLC<br>            Respondent<br>vs.<br>Marianne Mehalshick<br>            Debtor(s) | NO. 18-13758 REF |
| Frederick L. Reigle Esq.<br>            Trustee | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this 27 day of September, 2018, upon review of Debtor's Motion for Reconsideration as to the Stay Relief Order Granted August 16, 2018, and HOUSING OPPORTUNITY PARTNERS REO, LLC's Response hereto, it is ORDERED AND DECREED that:

Debtor's Motion for Reconsideration is hereby **DENIED**. ~~and it is further ORDERED AND DECREED that The Stay Relief Order from August 16, 2018 remains in effect as to the ejectment action regarding the premises 234 James Avenue a/k/a RD 1 Lot #5 Jamond Estates, Northampton, PA 18067. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants will not prevent the Moving Party from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.~~

This Order is considered a final disposition of the Motion for Relief originally filed by HOUSING OPPORTUNITY PARTNERS REO, LLC.

_____
United States Bankruptcy Judge.