UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
THE MADISON
400 WASHINGTON STREET
SUITE 300
READING, PA  19601

Timothy B. McGrath  
Clerk

Telephone
(610) 208-5040

October 9, 2018

Re:    Marianne Mehalshick  
Bankruptcy No.: 18-13758-ref

Dear Ms. Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(XX) Certificate of Appeal from Order entered September 27, 2018, by the Honorable Richard E. Fehling. Notice of appeal filing fee   (XX)paid    ( )not paid (waiver filed)

( ) Designation of Record on Appeal Filed

( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed ( ).
   ( ) Answer to motion filed ( ).

( ) Proposed findings of fact and conclusions of law entered ( ) by the Honorable( ).
   ( ) Objections filed ( ).

( ) Report and recommendation entered ( ) by the Honorable ( ).

   ( ) Objections filed ( ).

( ) Original record transferred to the District Court pursuant to the order of the Honorable ( ).

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath

Clerk

By: /s/ Lisa Henry

Deputy Clerk

Received Above material or record tile this ___ day of ___, 20___.

Civil Action No. ___

Signature: ___

Miscellaneous No. ___

Date: ___

Assigned to Judge ___

BFL5.frm(rev 2/15)

**Repeat−PAEB, RepeatPACER, APPEAL**

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Reading)
## Bankruptcy Petition #: 18−13758−ref

*Assigned to:* Chief Judge Richard E. Fehling
Chapter 13
Voluntary
Asset

*Date filed:* 06/06/2018
*Deadline for filing claims:* 08/15/2018
*Deadline for filing claims (govt.):* 12/03/2018

*Debtor*
**Marianne Mehalshick**
234 James Avenue
Northampton, PA 18067
NORTHAMPTON−PA
SSN / ITIN: xxx−xx−4879

represented by **STEPHEN G. BRESSET**
Bresset & Santora, LLC
606 Church Street
Honesdale, PA 18431
(570) 253−5953
Email: sbresset@bressetsantora.com

*Trustee*
**FREDERICK L. REIGLE**
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
610−779−1313
*TERMINATED: 07/18/2018*

*Trustee*
**WILLIAM MILLER*R**
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
610−779−1313

represented by **WILLIAM MILLER*R**
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
610−779−1313
Email: ecfemail@FredReigleCh13.com

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(215) 597−4411

| Filing Date | # | Docket Text |
|---|---|---|
| 06/06/2018 | 1 | Chapter 13 Voluntary Petition for Individual . Fee Amount $310 Filed by Marianne Mehalshick. Incomplete Filings due by 6/20/2018. Atty Disclosure Statement due 6/20/2018. Chapter 13 Plan due by 6/20/2018. Schedules AB−J due 6/20/2018. Statement of Financial Affairs due 6/20/2018. Summary of Assets and Liabilities Form B106 due 6/20/2018.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Due 6/20/2018. Government Proof of Claim Deadline: 12/3/2018. (BRESSET, STEPHEN) Modified on 6/7/2018 (R., Sara). (Entered: 06/06/2018) |

| | | | |
|---|---|---|---|
| 06/06/2018 | | 2 | Statement of Social Security Number Received. Filed by STEPHEN G. BRESSET on behalf of Marianne Mehalshick. (BRESSET, STEPHEN) (Entered: 06/06/2018) |
| 06/06/2018 | | 3 | Certificate of Credit Counseling Filed by STEPHEN G. BRESSET on behalf of Marianne Mehalshick. (BRESSET, STEPHEN) (Entered: 06/06/2018) |
| 06/06/2018 | | 4 | Notice to Individual Debtor Primarily Consumer Debts Filed by STEPHEN G. BRESSET on behalf of Marianne Mehalshick. (BRESSET, STEPHEN) (Entered: 06/06/2018) |
| 06/06/2018 | | 5 | Matrix Filed. Filed by STEPHEN G. BRESSET on behalf of Marianne Mehalshick . (R., Sara) (Entered: 06/07/2018) |
| 06/06/2018 | | 6 | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed: Any request for an extension of time must be filed prior to the expiration of the deadlines listed. Incomplete Filings due by 6/20/2018. Atty Disclosure Statement due 6/20/2018. Chapter 13 Plan due by 6/20/2018. Schedules AB–J due 6/20/2018. Statement of Financial Affairs due 6/20/2018. Summary of Assets and Liabilities Form B106 due 6/20/2018.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1 Due 6/20/2018 (R., Sara) (Entered: 06/07/2018) |
| 06/07/2018 | | | FREDERICK L. REIGLE added to case. (R., Sara) (Entered: 06/07/2018) |
| 06/08/2018 | | | Receipt of Voluntary Petition (Chapter 13)(18–13758) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 20253044. Fee Amount $ 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 06/08/2018) |
| 06/08/2018 | | 7 | Order Revising the June 6, 2018, Order Requiring the Filing of Bankruptcy Documents (related document(s)6). IT IS HEREBY ORDERED that:1. This case MAY BE DISMISSED WITH PREJUDICE WITHOUT FURTHER NOTICE if the documents described in the Prior Order are not filed on or before June 22, 2018. (R., Sara) (Entered: 06/08/2018) |
| 06/09/2018 | | 8 | BNC Certificate of Mailing – Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # 6)). No. of Notices: 1. Notice Date 06/09/2018. (Admin.) (Entered: 06/10/2018) |
| 06/10/2018 | | 9 | BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 7)). No. of Notices: 1. Notice Date 06/10/2018. (Admin.) (Entered: 06/11/2018) |
| 06/14/2018 | | 10 | Notice of Appearance and Request for Notice by REBECCA ANN SOLARZ Filed by REBECCA ANN SOLARZ on behalf of Green River Capital as servicer for Housing Opportunity Partners REO, LLC. (SOLARZ, REBECCA) Modified on 6/15/2018 (R., Sara). (Entered: 06/14/2018) |
| 06/15/2018 | | | Corrective Entry re: Notice of Appearance and Request for Notice Filed by REBECCA ANN SOLARZ on behalf of Green River Capital as servicer for Housing Opportunity Partners REO, LLC. (related document(s)10). |

2

|  |  |  | **Modified to reflect correct party creditor (R., Sara)** (Entered: 06/15/2018) |
|---|---|---|---|
| 06/20/2018 |  | [11](#) | Disclosure of Compensation of Attorney for Debtor in the amount of 3500.00 Debtor Marianne Mehalshick Filed by STEPHEN G. BRESSET on behalf of Marianne Mehalshick. (BRESSET, STEPHEN) (Entered: 06/20/2018) |
| 06/20/2018 |  | [12](#) | Schedules A/B – J Filed by STEPHEN G. BRESSET on behalf of Marianne Mehalshick. (BRESSET, STEPHEN) (Entered: 06/20/2018) |
| 06/20/2018 |  | [13](#) | Summary of Assets and Liabilities and Certain Statistical Information Filed by STEPHEN G. BRESSET on behalf of Marianne Mehalshick. (BRESSET, STEPHEN) (Entered: 06/20/2018) |
| 06/20/2018 |  | [14](#) | Declaration About Individual Debtor's Schedules Filed by STEPHEN G. BRESSET on behalf of Marianne Mehalshick. (BRESSET, STEPHEN) (Entered: 06/20/2018) |
| 06/20/2018 |  | [15](#) | Statement of Financial Affairs for Individual Filed by STEPHEN G. BRESSET on behalf of Marianne Mehalshick. (BRESSET, STEPHEN) (Entered: 06/20/2018) |
| 06/29/2018 |  | [16](#) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C–1. Disposable Income Is Not Determined Filed by STEPHEN G. BRESSET on behalf of Marianne Mehalshick. (BRESSET, STEPHEN) (Entered: 06/29/2018) |
| 06/29/2018 |  | [17](#) | Chapter 13 Plan Filed by Marianne Mehalshick. (BRESSET, STEPHEN) (Entered: 06/29/2018) |
| 07/09/2018 |  | [18](#) | Motion for Relief from Stay *re: 234 James Avenue a/k/a RD 1 Lot #5 Jamond Estates, Northampton, PA 18067*. Fee Amount $181.00, Filed by Housing Opportunity Partners REO, LLC Represented by KEVIN G. MCDONALD (Counsel). Objections due by 7/24/2018. (Attachments: # [1](#) Exhibit A # [2](#) Proposed Order # [3](#) Certificate of Service) (MCDONALD, KEVIN) (Entered: 07/09/2018) |
| 07/09/2018 |  | [19](#) | Notice of (related document(s): [18](#) Motion for Relief from Stay *re: 234 James Avenue a/k/a RD 1 Lot #5 Jamond Estates, Northampton, PA 18067*. Fee Amount $181.00,) Filed by Housing Opportunity Partners REO, LLC. Hearing scheduled 8/1/2018 at 09:30 AM at mad – Courtroom 1, Third Floor (Reading Court). (Attachments: # [1](#) Certificate of Service) (MCDONALD, KEVIN) (Entered: 07/09/2018) |
| 07/09/2018 |  |  | Receipt of Motion for Relief From Stay(18–13758–ref) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 20362006. Fee Amount $ 181.00. (re: Doc# [18](#)) (U.S. Treasury) (Entered: 07/09/2018) |
| 07/18/2018 |  | 20 | Case reassigned to Trustee William C. Miller Involvement of Trustee Frederick L. Reigle Terminated . (A., Clarice) (Entered: 07/18/2018) |
| 07/24/2018 |  | 21 | Meeting of Creditors. The Debtor has filed a Plan. This Plan proposes payment to the trustee of $566.00 per month for 60 months. Filed by WILLIAM MILLER*R. 341(a) meeting to be held on 8/21/2018 at 01:30 PM at Bar Association of Lehigh County. Objection to Dischargeability of Certain Debts due: 10/20/2018. Proofs of Claims due by 8/15/2018. Government Proof of Claim Deadline: 12/3/2018.Confirmation Hearing |

| | | | |
|---|---|---|---|
| | | | scheduled 10/4/2018 at 09:00 AM at mad – Courtroom 1, Third Floor (Reading Court). (MILLER*R, WILLIAM) (Entered: 07/24/2018) |
| 07/24/2018 | | 22 | Response to Motion for Relief From Stay filed by Creditor Housing Opportunity Partners REO, LLC Filed by Marianne Mehalshick (related document(s)18). (BRESSET, STEPHEN) (Entered: 07/24/2018) |
| 07/26/2018 | | 23 | BNC Certificate of Mailing – Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 21)). No. of Notices: 14. Notice Date 07/26/2018. (Admin.) (Entered: 07/27/2018) |
| 08/01/2018 | | | Hearing Continued on 18 Motion for Relief from Stay *re: 234 James Avenue a/k/a RD 1 Lot #5 Jamond Estates, Northampton, PA 18067* Filed by Housing Opportunity Partners REO, LLC Represented by KEVIN G. MCDONALD (Counsel). Hearing scheduled 8/16/2018 at 09:30 AM at mad – Courtroom 1, Third Floor (Reading Court). (S., Barbara) (Entered: 08/01/2018) |
| 08/15/2018 | | 24 | Motion to Continue Hearing On Motion for Relief From Stay Filed by Marianne Mehalshick Represented by STEPHEN G. BRESSET (Counsel) (related document(s)18). (BRESSET, STEPHEN) (Entered: 08/15/2018) |
| 08/16/2018 | | 25 | Hearing Held on Motion for Relief from Stay re: 234 James Avenue a/k/a RD 1 Lot #5 Jamond Estates, Northampton, PA 18067 Filed by Housing Opportunity Partners REO, LLC Represented by KEVIN G. MCDONALD(related document(s),18). Order Entered Granting Motion. (R., Sara) (Entered: 08/16/2018) |
| 08/16/2018 | | 26 | Order Granting Motion for Relief from Stay re: 234 James Avenue a/k/a RD 1 Lot #5 Jamond Estates, Northampton, PA 18067 Filed by Housing Opportunity Partners REO, LLC Represented by KEVIN G. MCDONALD (Related Doc # 18) (R., Sara) (Entered: 08/16/2018) |
| 08/18/2018 | | 27 | BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 26)). No. of Notices: 1. Notice Date 08/18/2018. (Admin.) (Entered: 08/19/2018) |
| 08/22/2018 | | 28 | Meeting of Creditors Not Held *due to failure of Debtor(s) to appear on 8/21/18*. (MILLER*R, WILLIAM) (Entered: 08/22/2018) |
| 08/27/2018 | | 29 | Motion to Dismiss Case for Failure to Make Plan Payments , Motion to Dismiss Case. Motion to Dismiss **with Prejudice** for failure to appear Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (MILLER*R, WILLIAM) *Modified on 8/28/2018 (R., Sara).* (Entered: 08/27/2018) |
| 08/27/2018 | | 30 | Notice of (related document(s): 29 Motion to Dismiss Case for Failure to Make Plan Payments ) *Motion, Response Deadline and Hearing Date* Filed by WILLIAM MILLER*R. Hearing scheduled 9/13/2018 at 09:00 AM at mad – Courtroom 1, Third Floor (Reading Court). (MILLER*R, WILLIAM) (Entered: 08/27/2018) |
| 08/28/2018 | | | Corrective Entry re: Motion to Dismiss Case for Failure to Make Plan Payments , Motion to Dismiss Case. Motion to Dismiss with Prejudice for failure to appear Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (related document(s)29). **modified to remove "feasibility & underfunding" (R., Sara)** (Entered: 08/28/2018) |

4

| | | | |
|---|---|---|---|
| 08/30/2018 | | 31 | Motion to Reconsider August 16, 2018 Order Filed by Marianne Mehalshick Represented by Self(Counsel) (related document(s)26) . (Attachments: # 1 Certificate of Service # 2 Certificate of Service # 3 Exhibit) (R., Sara) (Entered: 08/30/2018) |
| 08/30/2018 | | 32 | Notice of (related document(s): 31 Motion to Reconsider August 16, 2018 Order Filed by Marianne Mehalshick Represented by Self) Filed by Marianne Mehalshick . Hearing scheduled 9/27/2018 at 09:30 AM at mad – Courtroom 1, Third Floor (Reading Court). (R., Sara) (Entered: 08/30/2018) |
| 09/10/2018 | | 33 | Response to Motion to Dismiss Case for Failure to Make Plan Payments filed by Trustee WILLIAM MILLER*R, Motion to Dismiss Case for Other Filed by Marianne Mehalshick (related document(s)29). (BRESSET, STEPHEN) (Entered: 09/10/2018) |
| 09/12/2018 | | 34 | Response to Motion to Reconsider and AFFIRMATIVE DEFENSES filed by Debtor Marianne Mehalshick Filed by Housing Opportunity Partners REO, LLC (related document(s)31). (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Exhibit "C" # 4 Exhibit "D" # 5 Service List) (SOLARZ, REBECCA) Modified on 9/12/2018 (R., Sara). (Entered: 09/12/2018) |
| 09/12/2018 | | 35 | Amended Certificate of Service *re: Response to Motion to Reconsider* Filed by REBECCA ANN SOLARZ on behalf of Housing Opportunity Partners REO, LLC (related document(s)34). (SOLARZ, REBECCA) (Entered: 09/12/2018) |
| 09/13/2018 | | | Hearing Continued on 29 Motion to Dismiss Case for Failure to Make Plan Payments , Motion to Dismiss Case; Motion to Dismiss **with Prejudice** for failure to appear filed by Trustee WILLIAM MILLER*R. Hearing scheduled 10/25/2018 at 09:00 AM at mad – Courtroom 1, Third Floor (Reading Court). (S., Barbara) (Entered: 09/13/2018) |
| 09/27/2018 | | 36 | Hearing Held on 31 Motion to Reconsider August 16, 2018 Order Filed by Marianne Mehalshick Represented by Self. Order Entered Denying Motion. (R., Sara) (Entered: 09/27/2018) |
| 09/27/2018 | | 37 | Order Denying Motion to Reconsider August 16, 2018 Order Filed by Marianne Mehalshick Represented by Self (Related Doc # 31) (R., Sara) (Entered: 09/27/2018) |
| 09/29/2018 | | 38 | BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 37)). No. of Notices: 1. Notice Date 09/29/2018. (Admin.) (Entered: 09/30/2018) |
| 10/04/2018 | | | Hearing Continued on Confirmation. Hearing scheduled 11/29/2018 at 09:00 AM at mad – Courtroom 1, Third Floor (Reading Court). (S., Barbara) (Entered: 10/09/2018) |
| 10/09/2018 | | 39 | Notice of Appeal to District Court filed by Marianne Mehalshick re Order dated September 27, 2018. Manual Receipt Number 10898, Fee Amount $298.00 (related document(s)37). Appellant Designation due by 10/23/2018. Transmission of record on appeal to District Court Due Date:11/6/2018. (Attachments: # 1 Certificate of Service)(L., Denise) (Entered: 10/09/2018) |
| 10/09/2018 | | 40 | Court's Certificate of Mailing re Notice of Appeal to District Court. Number of notices: 10– CC to Judge Richard E. Fehling; Electronic |

5

| | | | |
|---|---|---|---|
| | | | Service to Stephen Bressett, Counsel for Debtor, Rebecca Solarz, Esq. – Atty for Creditor Green River Capital & Housing Opportunity Partners REO, LLC, Matthew K. Fissel, Esq. – Atty for Creditor Housing Opportunity Partners REO, LLC, Kevin McDonald, Esq. – Atty for Creditor Housing Opportunity Partners REO, LLC, U.S. Trustee, District Court,Dave P. Adams, Esq. for U.S. Trustee, William Miller, Ch. 13 Trustee; Mailed copies to Marianne Mehalshick – Debtor. Service made 10/9/18 by the Court. (related document(s)39). (L., Denise) Additional attachment(s) added on 10/9/2018 (L., Denise). (Entered: 10/09/2018) |
| 10/09/2018 | | | Corrective Entry re: Court's Certificate of Mailing re Notice of Appeal to District Court to include Certificate of Service (related document(s)40). (L., Denise) (Entered: 10/09/2018) |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marianne Mehalshick<br>        Debtor(s)<br><br>HOUSING OPPORTUNITY PARTNERS REO, LLC<br>        Respondent<br>  vs.<br><br>Marianne Mehalshick<br>        Debtor(s)<br><br>Frederick L. Reigle Esq.<br>        Trustee | CHAPTER 13<br><br><br><br>NO. 18-13758 REF<br><br><br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this **27** day of **September**, 2018, upon review of Debtor's Motion for Reconsideration as to the Stay Relief Order Granted August 16, 2018, and HOUSING OPPORTUNITY PARTNERS REO, LLC's Response hereto, it is ORDERED AND DECREED that:

Debtor's Motion for Reconsideration is hereby **DENIED**; ~~and it is further ORDERED AND DECREED that The Stay Relief Order from August 16, 2018 remains in effect as to the ejectment action regarding the premises 234 James Avenue a/k/a RD 1 Lot #5 Jamond Estates Northampton, PA 18067. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants will not prevent the Moving Party from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.~~

This Order is considered a final disposition of the Motion for Relief originally filed by HOUSING OPPORTUNITY PARTNERS REO, LLC.

                       _____
                       United States Bankruptcy Judge.

7

```
                                                FILED

                                          2018 OCT -9 PM 1:59

                                          U.S. BANKRUPTCY COURT
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    Marianne Mehalshick | : | CHAPTER 13 |
|           Debtor | : | |
| | : | |
| HOUSING OPPORTUNITY PARTNERS REO, LLC | : | NO. 18-13758 REF |
| | : | |
|           Respondent | : | |
| v. | : | |
| | : | |
| Marianne Mehalshick | : | |
|           Debtor | : | 11 U.S.C. Section 362 |
| Fredrick L. Reigle, Esq. | : | |
|           Trustee | : | |

## NOTICE OF APPEAL

MARIANNE MEHALSHICK, Debtor, hereby appeals under 28 U.S.C. §158(a) or (b) from the judgment, order or decree of the Honorable Richard E. Fehling, U.S. Bankruptcy Judge for the Eastern District of Pennsylvania, entered on September 27, 2018, which denied Reconsideration of his Order granting Relief from Stay in favor of Housing Opportunity Partners REO, LLC, the Respondent.

The names of all parties to the Order appealed from and the names and addresses are as follows:

**Defendant/Debtor**

Marianne Mehalshick
234 James Avenue
Northampton, PA 18067-9752

**Debtor's Attorneys**

Bresset & Santora, LLC
606 Church Street
Honesdale, PA 18431

8

| Respondent | Respondent's Attorney |
|---|---|
| Housing Opportunity Partners REO, LLC | KML LAW GROUP, P.C. |
| c/o KML LAW GROUP, P.C. | Attn: Matthew K. Fissel, Esq. |
| Suite 5000 | Suite 5000 |
| 701 Market Street | 701 Market Street |
| Philadelphia, PA 19106-1532 | Philadelphia, PA 19106-1532 |

Attached hereto is a true and correct copy of the Order issued in this matter.

Respectfully submitted:

*/s/ Marianne Mehalshick*
Marianne Mehalshick
Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marianne Mehalshick<br>Debtor(s)<br><br>HOUSING OPPORTUNITY PARTNERS REO, LLC<br>Respondent<br>vs.<br>Marianne Mehalshick<br>Debtor(s)<br><br>Frederick L. Reigle Esq.<br>Trustee | CHAPTER 13<br><br><br><br>NO. 18-13758 REF<br><br><br><br>11 U.S.C. Section 362 |

### ORDER

AND NOW, this **27** day of **September**, 2018, upon review of Debtor's Motion for Reconsideration as to the Stay Relief Order Granted August 16, 2018, and HOUSING OPPORTUNITY PARTNERS REO, LLC's Response hereto, it is ORDERED AND DECREED that:

Debtor's Motion for Reconsideration is hereby **DENIED**; ~~and it is further ORDERED AND DECREED that The Stay Relief Order from August 16, 2018 remains in effect as to the ejectment action regarding the premises 234 James Avenue a/k/a RD 1 Lot #5 Jamond Estates Northampton, PA 18067. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants will not prevent the Moving Party from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.~~

This Order is considered a final disposition of the Motion for Relief originally filed by HOUSING OPPORTUNITY PARTNERS REO, LLC.

_____
United States Bankruptcy Judge.

10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Marianne Mehalshick | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| HOUSING OPPORTUNITY PARTNERS REO, LLC | : | NO. 18-13758 REF |
| Respondent | : | |
| v. | : | |
| | : | |
| Marianne Mehalshick | : | |
| Debtor | : | 11 U.S.C. Section 362 |
| Fredrick L. Reigle, Esq. | : | |
| Trustee | : | |

## CERTIFICATE OF SERVICE

I, Marianne Mehalshick, hereby certifies that on October 9, 2018, I have served the Notice of Appeal, for the above referenced matter, via first class mail to the following:

Housing Opportunity Partners REO, LLC
c/o KML LAW GROUP, P.C.
Suite 5000
701 Market Street
Philadelphia, PA 19106-1532

KML LAW GROUP, P.C.
Attn: Matthew K. Fissel, Esq.
Suite 5000
701 Market Street
Philadelphia, PA 19106-1532

Honorable Richard E. Fehling Chambers
The Madison Building
400 Washington Street, Suite 301
Reading, PA 19601

FILED 2018 OCT -9 PM 1:59 U.S. BANKRUPTCY COURT

Respectfully submitted:

*Marianne Mehalshick*
Marianne Mehalshick

11

FILED

2018 OCT -9 PM 1:59

U.S. BANKRUPTCY COURT

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Marianne Mehalshick | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| HOUSING OPPORTUNITY PARTNERS REO, LLC | : | NO. 18-13758 REF |
| | : | |
| Respondent | : | |
| v. | : | |
| | : | |
| Marianne Mehalshick | : | |
| Debtor | : | 11 U.S.C. Section 362 |
| Fredrick L. Reigle, Esq. | : | |
| Trustee | : | |

## NOTICE OF APPEAL

MARIANNE MEHALSHICK, Debtor, hereby appeals under 28 U.S.C. §158(a) or (b) from the judgment, order or decree of the Honorable Richard E. Fehling, U.S. Bankruptcy Judge for the Eastern District of Pennsylvania, entered on September 27, 2018, which denied Reconsideration of his Order granting Relief from Stay in favor of Housing Opportunity Partners REO, LLC, the Respondent.

The names of all parties to the Order appealed from and the names and addresses are as follows:

| **Defendant/Debtor** | **Debtor's Attorneys** |
|---|---|
| Marianne Mehalshick | Bresset & Santora, LLC |
| 234 James Avenue | 606 Church Street |
| Northampton, PA 18067-9752 | Honesdale, PA 18431 |

10/9/18 dl

CC:

Marianne Mehalshick - Debtor  &  Stephen Bressett, Counsel for Debtor
Rebecca Solarz, Esq. - Atty for Creditor Green River Capital & Housing Opportunity Partners REO, LLC
Matthew K. Fissel, Esq. - Atty for Creditor Housing Opportunity Partners REO, LLC
Kevin McDonald, Esq. - Atty for Creditor Housing Opportunity Partners REO, LLC
U.S. Trustee
Dave P. Adams, Esq. for U.S. Trustee  &  William Miller, Ch. 13 Trustee
District Court
Judge Richard E. Fehling

12

| Respondent | Respondent's Attorney |
|---|---|
| Housing Opportunity Partners REO, LLC<br>c/o KML LAW GROUP, P.C.<br>Suite 5000<br>701 Market Street<br>Philadelphia, PA 19106-1532 | KML LAW GROUP, P.C.<br>Attn: Matthew K. Fissel, Esq.<br>Suite 5000<br>701 Market Street<br>Philadelphia, PA 19106-1532 |

Attached hereto is a true and correct copy of the Order issued in this matter.

Respectfully submitted:

Marianne Mehalshick
Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marianne Mehalshick<br>　　　　　　Debtor(s)<br><br>HOUSING OPPORTUNITY PARTNERS REO, LLC<br>　　　　　　Respondent<br>　vs.<br><br>Marianne Mehalshick<br>　　　　　　Debtor(s)<br><br>Frederick L. Reigle Esq.<br>　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 18-13758 REF<br><br><br><br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this **27** day of **September**, 2018, upon review of Debtor's Motion for Reconsideration as to the Stay Relief Order Granted August 16, 2018, and HOUSING OPPORTUNITY PARTNERS REO, LLC's Response hereto, it is ORDERED AND DECREED that:

Debtor's Motion for Reconsideration is hereby **DENIED**; ~~and it is further ORDERED AND DECREED that The Stay Relief Order from August 16, 2018 remains in effect as to the ejectment action regarding the premises 234 James Avenue, a/k/a RD 1 Lot #5 Jamond Estates, Northampton, PA 18067. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants will not prevent the Moving Party from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.~~

This Order is considered a final disposition of the Motion for Relief originally filed by HOUSING OPPORTUNITY PARTNERS REO, LLC.

_____
United States Bankruptcy Judge.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Marianne Mehalshick | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| HOUSING OPPORTUNITY PARTNERS REO, LLC | : | NO. 18-13758 REF |
| Respondent | : | |
| v. | : | |
| | : | |
| Marianne Mehalshick | : | |
| Debtor | : | 11 U.S.C. Section 362 |
| Fredrick L. Reigle, Esq. | : | |
| Trustee | : | |

## CERTIFICATE OF SERVICE

I, Marianne Mehalshick, hereby certifies that on October 9, 2018, I have served the Notice of Appeal, for the above referenced matter, via first class mail to the following:

Housing Opportunity Partners REO, LLC
c/o KML LAW GROUP, P.C.
Suite 5000
701 Market Street
Philadelphia, PA 19106-1532

KML LAW GROUP, P.C.
Attn: Matthew K. Fissel, Esq.
Suite 5000
701 Market Street
Philadelphia, PA 19106-1532

Honorable Richard E. Fehling Chambers
The Madison Building
400 Washington Street, Suite 301
Reading, PA 19601

Respectfully submitted:

*Marianne Mehalshick*
Marianne Mehalshick

15