

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
THE MADISON
400 WASHINGTON STREET
SUITE 300
READING, PA 19601

Timothy B. McGrath
Clerk

Telephone
(610) 208-5040

October 9, 2018

Re: Marianne Mehalshick
Bankruptcy No.: 18-13758-ref

Dear Ms. Kate Barkman, Clerk of Court:

**18    4354**

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(XX) Certificate of Appeal from Order entered September 27, 2018, by the Honorable Richard E. Fehling. Notice of appeal filing fee (XX) paid ( ) not paid (waiver filed)

( ) Designation of Record on Appeal Filed

( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed ( ).
    ( ) Answer to motion filed ( ).

( ) Proposed findings of fact and conclusions of law entered ( ) by the Honorable ( ).
    ( ) Objections filed ( ).

( ) Report and recommendation entered ( ) by the Honorable ( ).
    ( ) Objections filed ( ).

( ) Original record transferred to the District Court pursuant to the order of the Honorable ( ).

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

    For the Court
    Timothy B. McGrath
    Clerk
    By: /s/ Lisa Henry
    _____
    Deputy Clerk

---

Received Above material or record tile this _9th_ day of _October_, 20_18_.

Civil Action No. _18    4354_    Signature: _Steve Tomas_

Miscellaneous No. _____    Date: _OCT - 9 2018_

Assigned to Judge _Schiller_

BFL5.frm(rev 2/15)

OCT - 9 2018