UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: MARIANNE MEHALSHICK           : NO. 18-13758REF
                                      :
        Debtor(s)                     : Chapter 13

## STIPULATION AND ORDER

AND NOW, this 25th day of October, 2018, upon agreement of Marianne Mehalshick (herein referred to as "Debtor") and William C. Miller, Interim Chapter 13 Trustee (herein referred to as "Trustee"), by and through their counsel, intending to be legally bound hereby, the parties stipulate and agree as follows:

1.      The Trustee filed an Motion to Dismiss Debtor's Case (herein referred to as Motion to Dismiss") on August 27, 2018 for, among other things, failure to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326, and failure to appear at the first meeting of creditors on August 21, 2018, as required by 11 U.S.C. Section 341.

2.      On September 10, 2018, Debtor, through her counsel, filed a response to the Motion to Dismiss.

3.      This matter is scheduled for a hearing on the Trustee's Motion to Dismiss on October 25, 2018.

4.      The parties have agreed to continue the motion to dismiss in order to allow for the Debtor's meeting of creditors to be rescheduled for a later date.

5.      The parties have agreed that if the Debtor does not appear for the meeting of creditors on the rescheduled date, or the meeting is not concluded for any reason due to the Debtor's fault (i.e. appearing to the meeting without proper picture I.D. and valid proof of social

security number), the Trustee may seek dismissal of the bankruptcy case at hand at the first hearing date available after said date.

6. The parties understand that the Trustee's Motion to Dismiss is seeking dismissal with prejudice and barring the Debtor from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

**WHEREFORE**, Debtor and the Chapter 13 Trustee respectfully request this Honorable Court to enter an Order, approving this Stipulation, and continuing the Trustee's Motion to Dismiss with the understanding that should the debtor not attend the next scheduled meeting of creditors, or the meeting is not concluded for any reason due to the Debtor's fault, the Trustee will be allowed to seek dismissal with prejudice of the within case.

**AGREED AND CONSENTED TO:**

_____  _____
RONALD V. SANTORA, ESQ           ROLANDO RAMOS-CARDONA, ESQ
Attorney for Debtor              Attorney for
                                 ~~Frederick L. Reigle~~, Chapter 13 Trustee
                                 William C. Miller

**SO ORDERED**, this 25 day of October, 2018

Dated: _____
                                 _____
                                 RICHARD E. FEHLING, B. J.

2