United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13758-ref
Marianne Mehalshick                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 1          Date Rcvd: Oct 25, 2018
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db             +Marianne Mehalshick,    234 James Avenue,    Northampton, PA 18067-9752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Housing Opportunity Partners REO, LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Housing Opportunity Partners REO, LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Green River Capital, as servicer
               bkgroup@kmllawgroup.com
              STEPHEN G. BRESSET    on behalf of Debtor Marianne  Mehalshick sbresset@bressetsantora.com,
               rehml@entermail.net;nicole@bressetsantora.com,sadie@bressetsantora.com,ronsantoraesq@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: MARIANNE MEHALSHICK        :    NO. 18-13758REF
                                  :
       Debtor(s)                  :    Chapter 13

## STIPULATION AND ORDER

AND NOW, this 25th day of October, 2018, upon agreement of Marianne Mehalshick (herein referred to as "Debtor") and William C. Miller, Interim Chapter 13 Trustee (herein referred to as "Trustee"), by and through their counsel, intending to be legally bound hereby, the parties stipulate and agree as follows:

1. The Trustee filed an Motion to Dismiss Debtor's Case (herein referred to as Motion to Dismiss") on August 27, 2018 for, among other things, failure to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326, and failure to appear at the first meeting of creditors on August 21, 2018, as required by 11 U.S.C. Section 341.

2. On September 10, 2018, Debtor, through her counsel, filed a response to the Motion to Dismiss.

3. This matter is scheduled for a hearing on the Trustee's Motion to Dismiss on October 25, 2018.

4. The parties have agreed to continue the motion to dismiss in order to allow for the Debtor's meeting of creditors to be rescheduled for a later date.

5. The parties have agreed that if the Debtor does not appear for the meeting of creditors on the rescheduled date, or the meeting is not concluded for any reason due to the Debtor's fault (i.e. appearing to the meeting without proper picture I.D. and valid proof of social

security number), the Trustee may seek dismissal of the bankruptcy case at hand at the first hearing date available after said date.

6. The parties understand that the Trustee's Motion to Dismiss is seeking dismissal with prejudice and barring the Debtor from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

**WHEREFORE**, Debtor and the Chapter 13 Trustee respectfully request this Honorable Court to enter an Order, approving this Stipulation, and continuing the Trustee's Motion to Dismiss with the understanding that should the debtor not attend the next scheduled meeting of creditors, or the meeting is not concluded for any reason due to the Debtor's fault, the Trustee will be allowed to seek dismissal with prejudice of the within case.

**AGREED AND CONSENTED TO:**

_____  
RONALD V. SANTORA, ESQ  
Attorney for Debtor

_____  
ROLANDO RAMOS-CARDONA, ESQ  
Attorney for  
~~Frederick L. Reigle~~, Chapter 13 Trustee  
William C. Miller

**SO ORDERED**, this 25 day of October, 2018

Dated: _____

_____  
RICHARD E. FEHLING, B. J.

2