UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
THE MADISON
400 WASHINGTON STREET
SUITE 300
READING, PA 19601

Timothy B. McGrath
Clerk

Telephone
(610) 208-5040

December 12, 2018

Re: Marianne Mehalshick
Bankruptcy No.: 18-13758-ref
Civil Action No. 18-4354

Dear Ms. Barkman:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

( ) Certificate of Appeal from Order entered October 3, 2017, by the Honorable Richard E. Fehling.
Notice of appeal filing fee (X)paid ( )not paid

( ) Designation of Record on Appeal Filed
(X) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed ( ).
( ) Answer to motion filed ( ).

( ) Proposed findings of fact and conclusions of law entered ( ) by the Honorable( ).
( ) Objections filed ( ).

( ) Report and recommendation entered ( ) by the Honorable ( ).

( ) Objections filed ( ).

( ) Original record transferred to the District Court pursuant to the order of the Honorable ( ).

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: /s/ Sara I. Roman
Deputy Clerk

---

Received Above material or record tile this 12th day of December, 20 18.

Civil Action No. 18CV4354      Signature: Nicole Russo

Miscellaneous No. _____      Date: 12/13/2018

Assigned to Judge: Schiller

BFL5.frm(rev 2/15)