# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                            :        CHAPTER 13

    MARIANNE MEHALSHICK        :

        (Debtor)                              :

                                                    :        Case No.  18-13758

## MOTION TO CONVERT CASE TO CHAPTER 7

    AND NOW comes the Debtor, MEGAN A. WATKINS, by and through who are undersigned Counsel, and hereby respectfully move this Court as follows:

1.     The Debtor initiated this Bankruptcy proceeding pursuant to Chapter 13 of the Bankruptcy Code.

2.     The Debtor initiated these proceedings to save her residence; however, since the original filing the residence has been lost to the secured lender; the Debtor is unable to support the Chapter 13 Plan.

3.     The Debtor has decided she has no choice but to convert these proceedings to a Chapter 7.

    THEREFORE, Debtor prays for an Order Converting this proceeding to a Chapter 7 proceeding, and for such other relief as is just equitable.

                                                    Respectfully submitted,

4-10-19
_____                 BY: _____
    DATE                                                        RONALD V. SANTORA, ESQ.
                                                                 (Attorney for Debtor)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MARIANNE MEHALSHICK | : | |
| (Debtor) | : | |
| | : | Case No. 18-13758 |

## ORDER

AND NOW THIS _____ day of _____,2019, upon Motion of the Debtor, the above captioned Case is hereby converted to a Chapter 7.

BY THE COURT:

_____J.