# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MARIANNE MEHALSHICK | : | |
| (Debtor) | : | |
| | : | Case No. 18-13758 |

## MOTION TO CONVERT CASE TO CHAPTER 7

AND NOW comes the Debtor, MARIANNE MEHALSHICK, by and through who are undersigned Counsel, and hereby respectfully move this Court as follows:

1.  The Debtor initiated this Bankruptcy proceeding pursuant to Chapter 13 of the Bankruptcy Code.

2.  The Debtor initiated these proceedings to save her residence; however, since the original filing the residence has been lost to the secured lender; the Debtor is unable to support the Chapter 13 Plan.

3.  The Debtor has decided she has no choice but to convert these proceedings to a Chapter 7.

THEREFORE, Debtor prays for an Order Converting this proceeding to a Chapter 7 proceeding, and for such other relief as is just equitable.

Respectfully submitted,

4-10-19
DATE

BY: _____
RONALD V. SANTORA, ESQ.
(Attorney for Debtor)