United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13758-ref
Marianne Mehalshick                                                     Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR             Page 1 of 2           Date Rcvd: Apr 12, 2019
                              Form ID: 210U           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.
```
db            +Marianne Mehalshick,    234 James Avenue,    Northampton, PA 18067-9752
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14123079      +Green River Capital,    as servicer for,    Housing Opportunity Partners REO, LLC,
                c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14118594       Housing Opportunity Partners REO, LLC,    323 5th Street,    Eureka, CA 95501-0305
14118595       Matthew K. Fissel, Esquire,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14175253      +Met Ed,    101 Crawford's Corner Rd Bldg # 1 Suite,    Holmdel, NJ 07733-1976
14118596       Northampton Area School District,    c/o Portnoff Law,    PO Box 3020,
                Norristown, PA 19404-3020
14118597       SN Servicing Corp., as agent,    323 5th Street,    Eureka, CA 95501-0305
14118599       Wachovia Bank Bankruptcy Dept.,    PO Box 7359,    Roanoke, VA 24019-0359
14118600       Wells Fargo Bank,    c/o KML Group,    701 Market Street,    suite 5000,
                Philadelphia, PA 19106-1541
14118601       Wells Fargo Bank Bankruptcy Dept.,    1 Home Campus,    Des Moines, IA 50328-0001
14118602       Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2019 03:02:57
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 13 2019 03:03:21      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14177694      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2019 03:14:50       Directv, LLC,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14166675      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 13 2019 03:03:05       MIDLAND FUNDING LLC,
                PO Box 2011,    Warren, MI 48090-2011
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14118598*       SN Servicing Corp., as agent,    323 5th Street,    Eureka, CA 95501-0305
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:
```
          KEVIN G. MCDONALD    on behalf of Creditor    Housing Opportunity Partners REO, LLC
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Housing Opportunity Partners REO, LLC
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Green River Capital, as servicer
           bkgroup@kmllawgroup.com
          ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT  WATERMAN RRamos-Cardona@fredreiglech13.com
          SCOTT  WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
          STEPHEN G. BRESSET    on behalf of Debtor Marianne  Mehalshick sbresset@bressetsantora.com,
           rehml@entermail.net;nicole@bressetsantora.com,sadie@bressetsantora.com,ronsantoraesq@aol.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
```

```
District/off: 0313-4         User: SaraR              Page 2 of 2              Date Rcvd: Apr 12, 2019
                             Form ID: 210U            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Marianne Mehalshick                                                                 Case No: 18–13758–ref

    Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 4/12/19

For The Court

Timothy B. McGrath
Clerk of Court

59
Form 210U