United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marianne Mehalshick  
    Debtor

Case No. 18-13758-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa    Page 1 of 2    Date Rcvd: Apr 18, 2019  
                   Form ID: 309A    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.

```
db          +Marianne Mehalshick,    234 James Avenue,    Northampton, PA 18067-9752
tr          +MICHAEL H KALINER,   Michael H. Kaliner Trustee,    350 South Main Street,   Suite 105,
              Doylestown, PA 18901-4872
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
14123079    +Green River Capital,    as servicer for,    Housing Opportunity Partners REO, LLC,
              c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14118594     Housing Opportunity Partners REO, LLC,    323 5th Street,    Eureka, CA 95501-0305
14118595     Matthew K. Fissel, Esquire,    701 Market Street,   Suite 5000,    Philadelphia, PA 19106-1541
14175253    +Met Ed,    101 Crawford's Corner Rd Bldg # 1 Suite,    Holmdel, NJ 07733-1976
14118596     Northampton Area School District,    c/o Portnoff Law,    PO Box 3020,
              Norristown, PA 19404-3020
14118597     SN Servicing Corp., as agent,    323 5th Street,    Eureka, CA 95501-0305
14118599     Wachovia Bank Bankruptcy Dept.,    PO Box 7359,    Roanoke, VA 24019-0359
14118600     Wells Fargo Bank,    c/o KML Group,    701 Market Street,    suite 5000,
              Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty          E-mail/Text: sbresset@bressetsantora.com Apr 19 2019 02:47:13     STEPHEN G. BRESSET,
              Bresset & Santora, LLC,    606 Church Street,    Honesdale, PA  18431
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:56
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2019 02:48:12     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 19 2019 02:47:58     United States Trustee,
              Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
14177694    +EDI: AIS.COM Apr 19 2019 06:33:00      Directv, LLC,    by American InfoSource LP as agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14166675    +EDI: MID8.COM Apr 19 2019 06:33:00      MIDLAND FUNDING LLC,    PO Box 2011,
              Warren, MI 48090-2011
14118601     EDI: WFFC.COM Apr 19 2019 06:33:00      Wells Fargo Bank Bankruptcy Dept.,    1 Home Campus,
              Des Moines, IA 50328-0001
14118602     EDI: WFFC.COM Apr 19 2019 06:33:00      Wells Fargo Home Mortgage,    PO Box 10335,
              Des Moines, IA 50306-0335
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14118598*       SN Servicing Corp., as agent,    323 5th Street,    Eureka, CA 95501-0305
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:

```
          KEVIN G. MCDONALD    on behalf of Creditor    Housing Opportunity Partners REO, LLC
           bkgroup@kmllawgroup.com
          MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Housing Opportunity Partners REO, LLC
           bkgroup@kmllawgroup.com
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2                  Date Rcvd: Apr 18, 2019
                              Form ID: 309A           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         REBECCA ANN SOLARZ    on behalf of Creditor   Green River Capital, as servicer bkgroup@kmllawgroup.com
         ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT   WATERMAN RRamos-Cardona@fredreiglech13.com
         STEPHEN G. BRESSET    on behalf of Debtor Marianne  Mehalshick sbresset@bressetsantora.com, rehml@entermail.net;nicole@bressetsantora.com,sadie@bressetsantora.com,ronsantoraesq@aol.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                                                                                                 TOTAL: 8

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Marianne Mehalshick** | Social Security number or ITIN  xxx–xx–4879 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13**    6/6/18 |
| Case number: | **18–13758–ref** | Date case converted to chapter **7**    4/11/19 |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Marianne Mehalshick | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 234 James Avenue<br>Northampton, PA 18067 | | |
| 4. | **Debtor's attorney**<br>Name and address | STEPHEN G. BRESSET<br>Bresset & Santora, LLC<br>606 Church Street<br>Honesdale, PA 18431 | | Contact phone (570) 253–5953<br><br>Email:  sbresset@bressetsantora.com |
| 5. | **Bankruptcy trustee**<br>Name and address | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | | Contact phone 215–230–4250<br><br>Email:  mhkaliner@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                   page **1**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street Suite 300 Reading, PA 19601 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. Contact phone (610)2085040 Date: 4/18/19 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 31, 2019 at 11:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Allentown Federal Courthouse, 504 W. Hamilton Street, Allentown, PA 18101** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/30/19** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |