### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re:                                                    Chapter: 7

     Marianne Mehalshick

Debtor(s)                                                 Case No: 18–13758–mdc

---

### ORDER

AND NOW, 7/31/19 , the debtor having failed to file either a statement regarding completion

of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy

Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),


And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),


Accordingly, it is hereby ORDERED that the debtor shall have until 8/14/19 to file a statement

regarding completion of an instructional course concerning personal financial management or a request for a
waiver

from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing,

and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P.

4004.


For The Court

Magdeline D. Coleman

Chief Judge ,United States
Bankruptcy Court