

Certificate Number: 15317-PAE-DE-033261514

Bankruptcy Case Number: 18-13758



15317-PAE-DE-033261514

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 15, 2019</u>, at <u>9:25</u> o'clock <u>PM PDT</u>, <u>Marianne Mehalshick</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 15, 2019</u>          By:    <u>/s/Edem Bohol</u>

                                     Name:  <u>Edem Bohol</u>

                                     Title: <u>Counselor</u>